United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-15454-elf
Christopher Robin                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Antoinett          Page 1 of 1            Date Rcvd: Oct 18, 2017
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2017.
db             +Christopher Robin,    110 South 13th Street,    Philadelphia, PA 19107-4532

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2017 at the address(es) listed below:
              MATTEO SAMUEL WEINER    on behalf of Creditor   Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              MITCHELL LEE CHAMBERS, JR.    on behalf of Debtor Christopher  Robin ecfbc@comcast.net
              REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher Robin<br>_Debtor(s)_ | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>_Movant_<br>vs. | NO. 17-15454 ELF |
| Christopher Robin<br>_Debtor(s)_ | |
| William C. Miller Esq.<br>_Trustee_ | 11 U.S.C. Section 362 |

### ORDER TERMINATING AUTOMATIC STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, and after notice and hearing, it is

**ORDERED**, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) to permit the Movant, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2013 TOYOTA PRIUS , VIN:JTDKN3DU9D1629166 in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

**Order entered by default.**

Date:  10/18/17    _____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**