United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-15454-elf
Christopher Robin                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW          Page 1 of 1         Date Rcvd: Dec 27, 2017
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2017.
db          +Christopher Robin,   110 South 13th Street,   Philadelphia, PA 19107-4532

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2017 at the address(es) listed below:
     MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
     MITCHELL LEE CHAMBERS, JR.    on behalf of Debtor Christopher  Robin ecfbc@comcast.net
     REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                      TOTAL: 5

```
                  UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
                             12/27/17
```

To: Mitchell Lee Chambers
602 Little Gloucester Road
Suite 5
Blackwood, NJ 08012

                                In re:   Christopher Robin
                                Bankruptcy No. 17-15454-elf
                                Adversary No.
                                Chapter 13

    Re: Application for Compensation

The above pleading was filed in this office on **11/22/17**.  Please be advised that the following document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

```
        ()    Affidavit
        ()    Certificate of Service
        (xx)  Certification of no response
        ()    Notice pursuant to Rule 9019
        ()    Notice pursuant to Rule 2002
        ()    Notice pursuant to Rule 3007.1
        ()    Proof of Claim number not noted on
              objection pursuant to Rule 3007.1(a)
        ()    Proposed Order
        ()    Stipulation
        ()    Certification of Default
        ()    $30.00 Filing Fee for Amendments
        ()    $25.00 Claims Transfer Fee
        ()    Other
```

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office within ten (10) days from the date of this notice.  Otherwise, the matter will be referred to the Court.

                                Timothy B. McGrath
                                Clerk

                                By: _____C. Wagner_____
                                    Deputy Clerk

status.frm
(rev. 4/26/13)