**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Christopher Robin | : | |
| Debtor | : | Bankruptcy No. 17-15454 ELF |

# CERTIFICATION OF SERVICE

I, Mitchell Lee Chambers, Esquire, counsel for Debtor, do hereby certify that, on the date hereof, I caused to be served, by first class United States mail on August 11, 2017, postage prepaid, a true and correct copy of Debtor's Chapter 13 Plan upon the Debtor, the Standing Trustee, the U.S. Trustee, each holder of a claim against Debtor, at the following addresses set forth below:

**VIA ECF**
William C. Miller, Esquire
PO Box 40119
Philadelphia, PA  19106-0119

VIA ECF
U.S. Trustee
601 Walnut Street, Suite 950 West
Philadelphia, PA  19106

VIA REGULAR MAIL
Christopher Robin
110 South 13th Street
Philadelphia, PA 19107

Via Regular Mail
See Creditors' Matrix

January 11, 2018        /s/ Mitchell Lee Chambers, Esquire
602 Little Gloucester Road, Suite 5
Blackwood, NJ 08012