**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Christopher Robin | : | |
| Debtor | : | Bankruptcy No.  17-15454 ELF |

# PRAECIPE TO WITHDRAW PROOF OF CLAIM 8-1 FILED WITH THE COURT ON NOVEMBER 22, 2017

To the Clerk of the Court:

    Kindly withdraw Debtor's Proof of Claim filed with the Court on November 22, 2017, bearing claim number 8-1.

January 11, 2018              /s/ Mitchell Lee Chambers, Esquire
                              602 Little Gloucester Road, Suite 5
                              Blackwood, NJ 08012

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    Christopher Robin | : | |
|                  Debtor | : | Bankruptcy No. 17-15454 ELF |

## **CERTIFICATION OF SERVICE**

I, Mitchell Lee Chambers, Esquire, counsel for Debtor, do hereby certify that, on the date hereof, I caused to be served, by first class United States mail postage prepaid, a true and correct copy of Debtor's Praecipe to Withdraw Claim upon the Debtor, the Standing Trustee, and the U.S. Trustee at the following addresses set forth below:

**VIA ECF**
William C. Miller, Esquire
PO Box 40119
Philadelphia, PA  19106-0119

**VIA ECF**
U.S. Trustee
601 Walnut Street, Suite 950 West
Philadelphia, PA  19106

**VIA REGULAR MAIL**
Christopher Robin
110 South 13th Street
Philadelphia, PA 19107


January 11, 2018                          /s/ Mitchell Lee Chambers, Esquire
                                          602 Little Gloucester Road, Suite 5
                                          Blackwood, NJ 08012