**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Christopher Robin | : | |
| Debtor | : | Bankruptcy No. 17-15454 ELF |

# ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses of Mitchell Lee Chambers, Esquire, Counsel for Debtor(s) (the "Application"), and after notice and an opportunity to be heard having been given to the United States Trustee, the Standing Trustee, Debtor(s), and all creditors and parties-in-interest, and good cause having been shown, IT IS **ORDERED** THAT:

1. The Application is **APPROVED**; and

2. Compensation for professional services rendered, in the amount of **$3,000.00** is **ALLOWED**, and the Standing Trustee shall disburse **$2,650.00** to counsel for Debtor to the extent provided for in the confirmed plan.

Dated: 1/17/18

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**