United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   
Christopher Robin  
    Debtor

Case No. 17-15454-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Virginia      Page 1 of 1      Date Rcvd: Jan 17, 2018  
Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2018.  
db     +Christopher Robin,    110 South 13th Street,    Philadelphia, PA 19107-4532

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2018 at the address(es) listed below:  
       MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation  
        bkgroup@kmllawgroup.com  
       MITCHELL LEE CHAMBERS, JR.    on behalf of Debtor Christopher   Robin ecfbc@comcast.net  
       REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation  
        bkgroup@kmllawgroup.com  
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                  TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Christopher Robin | : | |
| Debtor | : | Bankruptcy No.  17-15454 ELF |

## **ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses of Mitchell Lee Chambers, Esquire, Counsel for Debtor(s) (the "Application"), and after notice and an opportunity to be heard having been given to the United States Trustee, the Standing Trustee, Debtor(s), and all creditors and parties-in-interest, and good cause having been shown, IT IS **ORDERED** THAT:

1. The Application is **APPROVED**; and

2. Compensation for professional services rendered, in the amount of **$3,000.00** is **ALLOWED**, and the Standing Trustee shall disburse **$2,650.00** to counsel for Debtor to the extent provided for in the confirmed plan.

Dated:  1/17/18

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**