UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :     Chapter 13
   Christopher Robin                      :
       Debtor                           :     Bankruptcy No. 17-15454 ELF

PRE-DISCHARGE CERTIFICATION OF COMPLIANCE WITH
PROVISIONS OF 11 USC SECTIONS 1328

I, Christopher Robin, upon my oath according to law, hereby certify as follows in connection with my request for a discharge in the above captioned case.

1. All payments required to be made by me to the standing trustee under my plan have been made and are paid in full.

2. I am not required to pay domestic support obligations.

3. My current address is _110 South 13th Street Philadelphia PA 19107_.

4. My current employer is _unemployed_ and the address of my employer is _____.

5. I have completed an instructional course concerning personal financial management described in 11 USC 111 provided by the following entity, at the following.

6. I have not been required by a judicial or administrative order or by statute to pay any domestic support obligation as defined in 11 USC 101 (14A) either before the case was filed or at any time after the filing of the case.

7. I have not received a discharge in a Chapter 7, 11, or 12 bankruptcy case during the 4 year period prior to the order for relief in the case.

8. I have not received a discharge in another Chapter 13 bankruptcy case during the 2 year period prior to the order for relief in the case.

9. I did not have either at the time of filing of the case or at the present time, equity in excess of $125,000.00 in the type of property described in 11 USC 522 (p)(1).

10. There is not currently pending any proceeding in which I may be found guilty of a felony of the kind described in 11 USC 522(q)(1)(a) or liable for a debt of the kind described in 11 USC 522 (q)(1)(b).

By this Certification, I acknowledge that all of the statements contained herein are truly and accurate and that the Court may rely on the truth of each of these statements in determining whether to grant me/us a discharge in the case. The Court may revoke my discharge if the statements relied upon are not accurate.

Dated: August 25, 2020

_____
Christopher Robin, Debtor