Certificate Number: 15111-PAE-DE-034819090

Bankruptcy Case Number: 17-15454



15111-PAE-DE-034819090

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 27, 2020</u>, at <u>1:21</u> o'clock <u>PM EDT</u>, <u>Christopher Robin</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>August 27, 2020</u>

By:   <u>/s/Maan Arriane Vendiola for Ryan McDonough</u>

Name:   <u>Ryan McDonough</u>

Title:   <u>Executive Director of Education</u>