United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Christopher Robin  
    Debtor

Case No. 17-15454-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Mar 16, 2021      Form ID: 138NEW      Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher Robin, 110 South 13th Street, Philadelphia, PA 19107-4532 |
| 13966032 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 14003434 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13966031 | + | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 13966037 | + | East Firth Street, LP, P.O. BOX 22448, Philadelphia, PA 19110-2448 |
| 14018174 | + | Mitchell Lee Chambers, Esq., 602 Little Gloucester Road, Suite 5, Blackwood, NJ 08012-5213 |
| 13966041 | | ROBIN'S REALTY PARTNERSHIP, 110A SOUTH 13TH STREET, Philadelphia, PA 19107 |
| 13966042 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, TOYOTA MOTOR CREDIT, 4 GATEHALL DRIVE, SUITE 350, Parsippany, NJ 07054 |
| 14058829 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13984717 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 13966038 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, Elan Financial Service, Po Box 108, Saint Louis, MO 63166 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 17 2021 05:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 17 2021 05:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 17 2021 05:20:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13966034 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2021 04:50:27 | Citibank/Best Buy, Centralized Bk/Citicorp Credt Srvs, Po Box 790040, St Louis, MO 63179-0040 |
| 13966035 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2021 04:35:32 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 13969061 | | Email/Text: mrdiscen@discover.com | Mar 17 2021 05:19:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13966036 | + | Email/Text: mrdiscen@discover.com | Mar 17 2021 05:19:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 13966039 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 17 2021 05:19:00 | IRS, 600 Arch Street, Room 5200, Philadelphia, PA 19106 |
| 13966033 | | Email/PDF: ais.chase.ebn@americaninfosource.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 16, 2021 | Form ID: 138NEW | Total Noticed: 23 |

|  |  |  | Mar 17 2021 04:21:05 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
|---|---|---|---|---|
| 14015452 |  | Email/PDF: resurgentbknotifications@resurgent.com | Mar 17 2021 04:48:59 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13966040 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 17 2021 05:20:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14001663 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 17 2021 04:33:52 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13966038 |  | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 17 2021 05:20:00 | Elan Financial Service, Po Box 108, Saint Louis, MO 63166 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14015734 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13966030 | ##+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Mar 18, 2021 | Signature: | /s/Joseph Speetjens |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MATTEO SAMUEL WEINER | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| MITCHELL LEE CHAMBERS, JR. | on behalf of Debtor Christopher Robin ecfbc@comcast.net paecfbc@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Christopher Robin

      Debtor(s)                                     Bankruptcy No: 17−15454−elf

                                                    Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                          900 Market Street
                             Suite 400
                         Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                        For The Court
                                                           Timothy B. McGrath
                                                               Clerk of Court

Dated: 3/16/21

                                                                                                      41 − 40
                                                                                                Form 138_new